Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Plaintiff*
*Hailo Technologies, LLC d/b/a Bring*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hailo Technologies, LLC, d/b/a Bring, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> Lyft, Inc., a Delaware Corporation, <br><br> Defendant. | Case No. 2:17-cv-03031-JAK-AGR <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE PER Fed. R. Civ. P. 41(a)(1)(A)(i)** |

1 | **NOTICE OF DISMISSAL under Fed. R. Civ. P. 41(a)(1)(A)(i)**
2 | Plaintiff Hailo Technologies, LLC, by and through its undersigned counsel,
3 | hereby files this notice of dismissal pursuant to the Federal Rules of Civil Procedure,
4 | Rule 41(a)(1)(A)(i).

Dated: August 25, 2017

Respectfully submitted,

COTMAN IP LAW GROUP, PLC

*/s/Obi Iloputaife*

_____

Obi Iloputaife
Jayson S. Sohi
*Counsel for Plaintiff*
*Hailo Technologies, LLC d/b/a Bring*